IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

FIDELITY & DEPOSIT
COMPANY OF MARYLAND,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

        Appellant,

CASE NO. 1D16-1458

v.

HOLLENBECK &
SATHER/SOUTH, INC., AND
TALLAHASSEE PROPERTIES
I, LLC, A FOREIGN LIMITED
LIABILITY COMPANY,

        Appellees.

_____/

Opinion filed June 13, 2016.

An appeal from an order of the Circuit Court for Leon County.
James C. Hankinson, Judge.

Ty G. Thompson, of Mills Paskert Divers, Tampa, for Appellant.

Davisson F. Dunlap, Jr., of Dunlap & Shipman, P.A., Tallahassee; Monica L. Wilson and Brian M. Rowlson of Bradley Arant Boult Cummings, LLP, Charlotte, NC and Jason B. Gonzalez, of Shutts & Bowen LLP, Tallahassee, for Appellee (no appearances).

PER CURIAM.

        Upon consideration of appellant's response to the Court's order of April 14,

2016, the Court has determined the appeal is premature. See Hickox v. Taylor, 933

So. 2d 675 (Fla. 1st DCA 2006) (concluding that order granting motion for summary judgment but failing to enter judgment is not a final, appealable order). Accordingly the appeal is DISMISSED.

ROWE, KELSEY, and JAY, JJ., CONCUR.